WANDA KARWACKI, Respondent, v. BUFFALO AND ERIE RAILWAY COMPANY,

Appellant.— Judgment and order affirmed, with costs, upon the ground that the appellant has not been aggrieved by the evidence in respect to the offer of settlement by the defendant. We do not wish to let this case pass without expressing our opinion that the question should not have been asked to bring out the objectionable evidence, and we should not hesitate to reverse here if we could see how the defendant has been harmed. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.